Certificate Number: 06531-VAE-DE-040974606

Bankruptcy Case Number: 26-11093



06531-VAE-DE-040974606

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 13, 2026,</u> at <u>9:44</u> o'clock <u>PM CDT</u>, <u>Agatha C Moody</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Virginia.</u>

Date: <u>May 13, 2026</u>

By: <u>/s/Patricia Queen</u>

Name: <u>Patricia Queen</u>

Title: <u>Certified Credit Counselor</u>