**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

```
-----------------------------------------------------------X
In re:                                          :        Chapter 7
                                                :
Agatha Moody                                    :        No.  26-11093
                                                :
               Debtor.                          :
                                                :
-----------------------------------------------------------X
```

## NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

Dated: August 14, 2026.

_/s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, Chapter 7 Trustee and all parties requesting notice by CM/ECF.

 _/s/ Daniel M. Press_____
Daniel M. Press

2